IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT JAMAR FIELDS                                                                                    PETITIONER

vs.                                        Case No. 4:20-cv-351_KGB-PSH

DEXTER PAYNE, Director                                                                              RESPONDENT
ARKANSAS DIVISION OF CORRECTION

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO RECOMMENDED DISPOSITION**

Comes now the Petitioner, Robert Fields, by and through undersigned counsel, and respectfully requests an extension of time of sixty (60) days for the parties to file objections to the Magistrate Judge's Recommendation.

On March 6, 2023, Magistrate Judge Patricia S. Harris issued a recommendation to deny Petitioner's petition for a writ of habeas corpus. Magistrate Judge Harris gave the parties fourteen (14) days to file objections to her Recommendation.

Petitioner respectfully requests an extension of time of sixty (60) days in which to file his objections, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), until May 22, 2023, so that he may fully consider and address Magistrate Judge Harris's Recommendation. *See, e.g.*, *Brown v. Kelley*, No. 5:16-cv-00381 (E.D. Ark. Feb., 2018) (granting habeas petitioner's motion for extension of time to respond to magistrate judge's recommendation); *Jimerson v. Kelley*, No. 5:15-cv-00208 (E.D. Ark. Aug 21, 2017) (same); *Davis v. Spencer*, No. 5:15-cv-00105-KGB, 2016 WL 30664, at *1 (E.D. Ark. Jan. 4, 2016) (same); *Washington v. Hobbs*, No. 5:11–cv–304–DPM, 2012 WL 1676617, at *1 (E.D. Ark. May 14, 2012) (same). Petitioner intends to file written objections on both factual and legal bases to the Recommendation. Given the length of the Recommendation, as well as the voluminous factual record presented, Petitioner submits that

1

fourteen days is insufficient time for him to carefully consider and make meaningful, substantive objections to the Magistrate Judge's Recommendation. Petitioner further believes additional time is needed to ensure that he does not waive his right to appeal questions of fact by failing to object.

The additional time is also necessary to allow counsel for Mr. Fields to discuss the Recommendation and potential objections with their client, who is presently incarcerated in the Varner/Varner Supermax Unit in Grady, Arkansas. As of the filing of this Motion, Petitioner has not yet reviewed the Recommendation due to communication restrictions related to his wrongful incarceration.

Opposing counsel will not be prejudiced by this extension. Petitioner contacted opposing counsel, and she has no objection to a sixty-day extension for both parties to submit objections to the Recommendation.

WHEREFORE, for good cause shown, Mr. Fields respectfully requests an extension of 60 days, up to and including May 22, 2023, for both parties to file objections to Magistrate Judge Harris's Recommendation.  This motion is made in good faith and not for purposes of delay. A proposed order is included.

Respectfully Submitted,

*Jason Files*
Jason Files, ABN #95232
**THE LAW OFFICE OF JASON D. FILES**
300 S. Spring St., Suite 1015
Little Rock, AR 72201
Phone: (501) 374-0616
Fax: (501) 647-6064
jason@fileslaw.com
*Counsel for Robert Jamar Fields*

*Tricia Rojo Bushnell*
Tricia Rojo Bushnell, Missouri Bar #66818
**MIDWEST INNOCENCE PROJECT**
3619 Broadway Blvd., #2
Kansas City, MO 64111
Phone: (816) 221-2166
tbushnell@themip.org
*Counsel for Robert Jamar Fields*

*Megan Crane*
Megan Crane, Missouri Bar # 71624
**MACARTHUR JUSTICE CENTER**
906 Olive Street, Suite 420
St. Louis, MO 63108
Phone: (314) 254-8540
Fax: (314) 254-8547
megan.crane@macarthurjustice.org
*Counsel for Robert Jamar Fields*

*Nacente Seabury*
Nacente Seabury, Missouri Bar #67248
**Cummins Inc.**
301 E. Market Street
Indianapolis, Indiana 46204
Mobile: (660) 473-6412
nacente.seabury@cummins.com
*Counsel for Robert Jamar Fields*

*Nicole Multer*
Nicole Multer, Missouri Bar #71090
**HUSCH BLACKWELL LLP**
4801 Main Street, Suite 1000
Kansas City, MO 64112
Phone: (816) 983-8000
Fax: (816) 983-8080
nikki.multer@huschblackwell.com
*Counsel for Robert Jamar Fields*

*Allison Minicky*
Allison Minicky, Missouri Bar #73859
**HUSCH BLACKWELL LLP**
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Phone: (314) 480-1988

Fax: (314) 480-1505
allison.minicky@huschblackwell.com
*Counsel for Robert Jamar Fields*

*Kevin Jenco*
Kevin Jenco, Missouri Bar # 74056
**BRYAN CAVE LEIGHTON PAISNER LLP**
One Metropolitan Square, Suite 3600
St. Louis, MO 63102
Phone: (314) 259-2462
kevin.jenco@bclplaw.com
*Counsel for Robert Jamar Fields*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ROBERT JAMAR FIELDS                                                                                  PETITIONER

vs.                                        Case No. 4:20-cv-351_KGB-PSH

DEXTER PAYNE, Director                                                                               RESPONDENT
ARKANSAS DIVISION OF CORRECTION

**PROPOSED ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS**

For good cause shown, Petitioner Robert Fields' Motion for Extension of Time to File Objections to Magistrate Judge Harris's Recommended Disposition of March 6, 2023, is GRANTED. Accordingly, it is ORDERED that each party's Objections to the Recommended Disposition is due on May 22, 2023.

Dated:_____

Signed:_____

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 9, 2023, the foregoing was filed with the Clerk of Court using CM/ECF, which will send a notification to all registered counsel of record that the document has been filed and is available for viewing and downloading.

                                                      *Nicole Multer*
                                                      Counsel for Robert Jamar Fields