IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT JAMAR FIELDS**                                                    **PETITIONER**

v.                                    Case No. 4:20-cv-00351-KGB

**DEXTER PAYNE**                                                           **RESPONDENT**

## ORDER

Before the Court is petitioner Robert Jamar Fields's unopposed motion for extension of time to file objections (Dkt. No. 94).  On March 6, 2023, United States Magistrate Judge Patricia S. Harris issued a Recommendation regarding Mr. Fields's petition for a writ of *habeas corpus* (Dkt. No. 91).  By prior Order, the Court granted Mr. Fields's motion for an extension of time of 60 days, up to and including May 22, 2023, for both parties to file objections to Judge Harris' Recommendation (Dkt. No. 93).  Mr. Fields now requests an additional extension of 30 days, up to and including June 21, 2023, for both parties to file objections (Dkt. No. 94, ¶ 7).  Mr. Fields represents that counsel for respondent Dexter Payne has no objection to the request (*Id.*, ¶ 8).  For good cause shown, the Court grants Mr. Fields's motion (Dkt. No. 94).  The parties have 30 days, up to and including June 21, 2023, to file objections to Judge Harris's Recommendation.

It is so ordered this 19th day of May, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge